RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
ALEXA L. LEWIS (SBN 235867)
all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

DAVID H. STERN (SBN 196408)
dstern@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-5704
Telephone: (213) 892-5012
Facsimile: (213) 623-9924

MICHAEL S. ELKIN (*pro hac vice*)
melkin@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHAB JOSEPH ("JULIAN") NAFAL<br><br>Plaintiff,<br><br>v.<br><br>SHAWN CARTER, et al.,<br><br>Defendants. | Case No. CV 05-2480-SVW (PJWx)<br><br>The Honorable Stephen V. Wilson<br><br>[PROPOSED] JUDGMENT |

1  On July 12, 2007, the Motion of Defendants Rob Bourdon, Brad Delson, Mike
2  Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music,
3  Chesterchaz Publishing, Kenji Kobayashi Music, Machine Shop Recordings LLC,
4  Nondisclosure Agreement Music, Rob Bourdon Music, Warner Music Inc., UMG
5  Recordings, Inc., Roc-A-Fella Records, LLC, Universal Music & Video
6  Distribution, Corp., MTV Networks Enterprise Inc., EMI Blackwood Music Inc.,
7  EMI Music, Inc., EMI Music Publishing, Ltd., Timbaland Productions, Inc., Shawn
8  Carter, Virginia Beach Music Inc. and Timothy Mosley for Summary Judgment was
9  taken under submission by the courtroom of the Honorable Stephen V. Wilson,
10 United States District Court Judge.

12 After considering the moving, opposition, and reply papers submitted on
13 Defendants' motion, and all the matters presented to the Court, for the reasons set
14 forth in its August 3, 2007 Order Granting Defendants' Motion for Summary
15 Judgment on Plaintiff's Chain of Title and Standing, the Court found that there are
16 no genuine issues of material fact with respect to the complaint of Plaintiff Ahab
17 Joseph ("Julian") Nafal, and that Defendants are entitled to Judgment against
18 Plaintiff on his Complaint.

20 IT IS THEREFORE ORDERED THAT:

22 Judgment is hereby entered in favor of Defendants and against plaintiff Ahab
23 Joseph ("Julian") Nafal.

25 DATED: _August 23_, 2007          _[signature]_
                                      Stephen V. Wilson
26                                    United States District Judge

Mitchell
Silberberg &
Knupp LLP

1485429 2

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On August 14, 2007, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Robert S. Besser, Esq.<br>Law Offices of Robert S. Besser<br>1221 Second Street, 3rd Floor<br>Santa Monica, CA 90401<br>(Fax: 310-394-6613)<br><br>*Attorneys for Plaintiffs* | Eric C. Kitchen, Esq.<br>A Professional Law Corporation<br>610 Anacapa Street, Suite B-3<br>Santa Barbara, CA 93101<br>(Fax: 805-966-5103)<br><br>*Co-counsel for Plaintiffs* |
| Rebecca Calkins, Esq.<br>Winston & Strawn LLP<br>333 So. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700<br>(213) 615-1750 (fax)<br><br>*Attorneys for Defs. EMI Music Pub.; EMI Blackwood Music, Inc.; EMI Music Arabia, Inc.* | David H. Stern<br>Sonnenschein Nath & Rosenthal LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>(Fax: 213-623-9924<br><br>*Attorneys for Defs. Timothy Mosley, Timothy Mosley d/b/a Virginia Beach Music, and Timbaland Productions, Inc., Shawn Carter* |

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction such service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 14, 2007 at Los Angeles, California.

*/s/ Kimberly Stewart*
Kimberly Stewart

Mitchell Silberberg & Knupp LLP

14854292

3