# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U S DISTRICT COURT

SEP 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  S. V. Wilson

From: Natalie Longoria, Deputy Clerk    Date Received: 9/10/2007

Case No.: CV-05-2480 SVW(PJWx)   Case Title: Ahab Joseph Nafal -vs- Shawn Carter

Document Entitled: Defendant's Ntc. of Application to the Clerk to Tax Costs; Bill of Costs.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1     Proposed amended pleading not under separate cover
☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
☒ Other: ~~document~~ date is passed the 15 day mark of the judgment date. Bill of Costs

DOCKETED ON CM
SEP 21 2007
BY ___ 053

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

9/15/07
Date                    U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

_____        _____
Date                    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)          NOTICE OF DOCUMENT DISCREPANCIES

GPO US GOVERNMENT PRINTING OFFICE 2006-572-754/59178