# UNITED STATES DISTRICT COURT

Central District of California

**ORIGINAL**

RECEIVED
BUT
NOT FILED

SEP 10 2007
5:00

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## BILL OF COSTS

AHAB JOSEPH ("JULIAN") NAFAL

v.

SHAWN CARTER, et al

Case Number: CV 05-2480-SVW (PJWx)

DOC 198

Judgment having been entered in the above entitled action on **August 24, 2007** against Ahab Joseph ("Julian") Nafal

Date

the Clerk is requested to tax the following as costs

FILED
CLERK, U S DISTRICT COURT

SEP 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
|   1.  Trial Transcripts, if requested by the Court or prepared pursuant to stipulation . . . . . . . . . . | |
|   2.  Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,556 10 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . | |
| Docket fees under 28 U S C. 1923 . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C 1828 . . . . . | 864.54 ✱ |

DOCKETED ON CM

SEP 27 2007

BY _____ 018

(*Amount is 1/3 of last two attached invoices)
Other costs to be taxed pursuant to prior Court approval (please itemize) . . . . . . . . . . . . . . .

| | | |
|---|---:|---:|
| | TOTAL    $ | 2,420.64 |

SPECIAL NOTE   Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: See attached service list.

| | |
|---|---|
| _signature_ | David H Stern |
| Signature of Attorney | Name of Attorney |

For. Timbaland Productions, Inc., Shawn Carter, Virginia Beach Music, Timothy Mosley    Date: September 10, 2007

Name of Claiming Party

Costs are taxed in the amount of **$2,420.64** and included in the judgment

**SHERRI R. CARTER**   By: _Robert H. Bolton_   9/27/07

Clerk of Court      Deputy Clerk    ROBERT H. BOLTON    Date

American LegalNet, Inc. | www.USCourtForms.com



**Corporate Headquarters**
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**REPORTING**
24|7 Worldwide Client Service

# INVOICE

**DATE:** 4/25/2007
**INVOICE #** 040407-29092

*24482020-0006*

**Bill To:**    David H. Stern Esq
Sonnenschein Nath & Rosenthal LLP
601 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017

| | |
|---|---|
| **CASE:** | Nafal vs  UMG |
| **DEPOSITION:** | Braun, David |
| **DATE:** | 4/4/2007 |
| **CITY:** | Santa Barbara |
| **STATE:** | California |

**Comments or Special Instructions:**    Original transcript sent to S. Timothy Buynak via UPS Overnight on 4/17/2007

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kathy Seidenglanz | | UPS Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original Transcript & 1 Copy | 133 | $4 95 | $658 35 |
| Rough ASCII | 133 | $1 50 | $199 50 |
| Reporter Appearance Fee / Session | 2 | $40 00 | $80 00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45 00 | $0.00 |
| Exhibits - Hard Copy | 44 | $0 20 | $8 80 |
| Certified Copy Sold Discount (3) | 399 | -$0 25 | -$99 75 |

| | |
|---|---|
| SUBTOTAL | $846.90 |
| SHIPPING & HANDLING | $75 00 |
| **TOTAL** | $921.90 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of 1 5% per
month, not to exceed the legal limit  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

2

# LEGALINK, INC.

**MERRILL LEGAL SOLUTIONS**

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone. (818) 593-2300
Fax· (818) 593-2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17076338 | 04/04/2007 | 1707-242686 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2007 | ATCH00 | CV05-2480SVW |

| CASE CAPTION |
|---|
| Ahab Joseph Nafal vs. Shawn Carter |

| TERMS |
|---|
| Immediate |

David H. Stern
Sonnenschein, Nath & Rosenthal
601 South Figueroa Street
Suite 1500
Los Angeles, CA 90017

24482020-0006

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF. | | | | |
| Farouk Sima | 174 | Pages @ | 1.20/Page | 208.80 |
| EXHIBITS | 81 | Pages @ | .55/Page | 44.55 |
| Unedited ASCII (RT) | 137.00 | Pages @ | 2.05/Page | 280.85 |
| TotalTranscript | | | | 40.00 |
| Production and Code Comp | | | | 45 00 |
| Process/Delivery | | | | 15.00 |

| | |
|---|---|
| TOTAL   DUE   >>>> | 634.20 |
| AFTER 5/4/2007 PAY | 697.62 |

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Toronto, Canada

TAX ID NO. :  20-2665382                                        (213) 623-9300

*Please detach bottom portion and return with payment*

David H. Stern
Sonnenschein, Nath & Rosenthal
601 South Figueroa Street
Suite 1500
Los Angeles, CA 90017

```
Invoice No.:  17076338
Date      :  04/04/2007
TOTAL DUE :    634.20
AFTER 5/4/2007 PAY : 697 62


Job No.   :  1707-242686
Case No.  :  CV05-2480SVWPJWX
Ahab Joseph Nafal vs. Shawn Carter
```

Remit To.     **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

**3**



**AMERICAN LANGUAGE SERVICES**
T.I.N. #14-1885441

1950 Sawtelle Blvd., Suite #325
Los Angeles, CA 90025
Tel 310-829-0741 Fax 310-829-3222
translation@alsglobal.net
www.alsglobal.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2006 | 8182 |

| Contact: | Bill To |
|----------|---------|
| ALEXA L. LEWIS<br>PHONE: 310-312-3209<br>FAX: 310-231-8413<br>EMAIL: ALL@MSK.COM | MITCHELL, SILBERBERG & KNUPP, LLP<br>11377 WEST OLYMPIC BLVD. 7TH FLOOR<br>LOS ANGELES, CA 90064-1683<br>ATTN: ALEXA LEWIS, ESQ. |

| Subject Matter | Quote # | REP | Terms | DUE DATE |
|----------------|---------|-----|-------|----------|
| EGYPTIAN GOVERNMENT DOCUMENTS | N/A | AW | Net 30 | 1/3/2007 |

| Description | Unit | Qty | Rate | Amount |
|-------------|------|-----|------|--------|
| EDITING: ARABIC INTO ENGLISH<br><br>Fee reflects the translator's final character review of 4 hours @ $105.00 per hour. | Documents | 4 | 105.00 | 420.00 |
| Fee reflects the translator's final editing & translating documents of 6 hours @ $105.00 per hour. | Documents | 6 | 105.00 | 630.00 |
| Invoice Prepared by: Sharet Garcia | | | | |

**WE APPRECIATE YOUR BUSINESS**

| | |
|---|---|
| Total | $1,050.00 |

*Collection fees of $100.00, handling fees of $125.00 and an annual interest of 1.5% may be charged for late payments.
*Any dispute must be made in writing within 30 days from the date of this invoice.
*If unpaid invoice results in a small claims action, a $395 charge will automatically be added.

| | |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $1,050.00 |

4

# AMERICAN LANGUAGE SERVICES
T.I.N. #14-1885441

1950 Sawtelle Blvd., Suite #325
Los Angeles, CA 90025
Tel 310-829-0741 Fax 310-829-3222
translation@alsglobal.net
www.alsglobal.net

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/15/2006 | 8083 |

| Contact: | Bill To |
|----------|---------|
| ALEXA L. LEWIS<br>PHONE: 310-312-3209<br>FAX: 310-231-8413<br>EMAIL: ALL@MSK.COM | MITCHELL, SILBERBERG & KNUPP, LLP<br>11377 WEST OLYMPIC BLVD. 7TH FLOOR<br>LOS ANGELES, CA 90064-1683<br>ATTN: ALEXA L. LEWIS |

| Subject Matter | Quote # | REP | Terms | DUE DATE |
|----------------|---------|-----|-------|----------|
| Nafal | N/A | DS | Net 30 | 12/15/2006 |

| Description | Unit | Qty | Rate | Amount |
|-------------|------|-----|------|--------|
| TRANSLATION: ARABIC INTO ENGLISH<br>Fee reflects the translator's final word count of 5,743<br>@ $0.26 per word. | words | 5,743 | 0.26 | 1,493.18 |
| MESSENGER SERVICE | | | 15.40 | 15.40 |
| CERTIFICATION:<br>Notary Public & Translator's Affidavit | | | 35.00 | 35.00 |
| Invoice Prepared by: Sharet Garcia | | | | |

WE APPRECIATE YOUR BUSINESS

| | |
|--|--|
| Total | $1,543.58 |

Collection fees of $100.00, handling fees of $125.00 and an annual interest of 1.5% may
e charged for late payments.
Any dispute must be made in writing within 30 days from the date of this invoice.
If unpaid invoice results in a small claims action, a $395 charge will automatically be
dded.

| | |
|--|--|
| Payments/Credits | $0.00 |
| Balance Due | $1,543.58 |

1

SERVICE LIST

Ahab Joseph ("Julian") Nafal vs. Shawn Carter, Timothy Mosley, et al.

USDC, Case No. CV 05-2480 SVW (PJWx)

2

3

4

5    Robert S. Besser, Esq.               Russell J. Frackman, Esq.
     Law Offices of Robert S. Besser     Alexa Longley Lewis, Esq.
6    1221 Second Street, 3rd Floor        Mitchell Silberberg & Knupp, LLP
     Santa Monica, CA  90401             11377 West Olympic Boulevard
7    Tel. No. (310) 394-6611             Los Angeles, CA  90064-1683
     Fax No. (310) 394-6613              Tel. No. (310) 312-2000
8                                        Fax No. (310) 231-8413
9    Rebecca Lawlor Calkins, Esq.        Michael S. Elkin, Esq.
     Winston & Strawn LLP                Winston & Strawn LLP
10   333 South Grand Avenue, 38th Floor  200 Park Avenue
     Los Angeles, CA  90071-1543         New York, NY  10166-4193
11   Tel. No. (213) 615-1700             Tel. No. (212) 294-6700
     Fax No. (213) 615-1750              Fax No. (212) 294-4700

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28