# UNITED STATES DISTRICT COURT
## Central District of California

**BILL OF COSTS**

AHAB JOSEPH ("JULIAN") NAFAL
V.
SHAWN CARTER, ET AL

Case Number: CV 05-2480-SVW (PJWx)

*[Stamps: LODGED CLERK, U.S. DISTRICT COURT SEP - 6 2007 CENTRAL DISTRICT OF CALIFORNIA BY 4:44 DEPUTY]*

*[Stamp: FILED CLERK, U.S. DISTRICT COURT OCT 11 2007 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]*

*[Handwritten: Send First Page Only]*

*[Handwritten: Doc # 198]*

Judgment having been entered in the above entitled action on __August 24, 2007__ against __Ahab Joseph ("Julian") Nafal__
                                                              Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 122.00 |
| Fees for service of summons and subpoena | 254.50 ~~285.49~~ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
|   1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | |
|   2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | 5,571.83 |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 1443.40 ~~1,491.97~~ |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | |
| **TOTAL** | **$ 7391.73** ~~7,471.29~~ |

*[Stamp: DOCKETED ON CM OCT 15 2007 BY ___ 126]*

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: (see attached service list)

__/s/ Alexa Lewis__                                           Alexa L. Lewis
Signature of Attorney                                          Name of Attorney
For Warner Music Inc and UMG Recordings, Inc.                  Date: September 6, 2007
Name of Claiming Party

Costs are taxed in the amount of __$7,391.73__ and included in the judgment.

**SHERRI R. CARTER**                By __/s/__ __10·11·07__
Clerk of Court                         Deputy Clerk           Date
                                       **C. KEVIN REDDICK**

CV-59 (12/03)                          BILL OF COSTS          Page 1 of 3
                                                              American LegalNet, Inc | www.USCourtForms.com



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

# THE EXHIBIT(S) AND/OR ATTACHMENT(S) TO THIS DOCUMENT ARE AVAILABLE IN "THE RECORDS SECTION" OF THE CLERK'S OFFICE.

Optical Scanning LA - October 23, 2001